**FILED**
OCT - 7 2010
CLERK, U.S. DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
SOUTHERN DIVISION AT SANTA ANA
BY _____ DEPUTY

JS - 6/ENTER

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| STEPHON DARNELL WHITE,<br><br>    Plaintiff,<br><br>    v.<br><br>A. RAZO., et al.,<br><br>    Defendants. | Case No. CV 10-4541-DDP (MLG)<br><br>JUDGMENT |

IT IS ADJUDGED that the action herein is dismissed with prejudice.

Dated: October 7, 2010

_Dean D. Pregerson_
Dean D. Pregerson
United States District Judge



ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT
OCT - 8 2010
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY